# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696

*NY AND CALIF. BARS

March 8, 2024

Application GRANTED. The Clerk of Court is
directed to terminate Doc. #211. SO ORDERED.

March 8, 2024

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:    United States v. Cristian Gonzalez-Ceron, 12 Cr. 961-5 (JMF)

Your Honor:

I was recently reappointed as counsel for the defendant Cristian Gonzalez-Ceron, who is defendant number eleven on the docketed case.

After reviewing the Probation Department's Revised Sentencing Report and my own files from when I represented Mr. Gonzalez-Ceron in his original case I have concluded that a motion for reduction of sentence pursuant to Amendment 821 of the Federal Sentencing Guidelines would be barred by at least two of the factors cited by the Probation Department in their conclusion that Mr. Gonzalez-Ceron does not qualify for the re-calculation of the Guidelines pursuant to the Amendment.

I therefore would decline at this time to make a motion to modify or reduce Mr. Gonzalez-Ceron's sentence.

As such I move to be relieved from the representation of Mr. Gonzalez-Ceron until such time as there is any other post-judgment relief for which I may be able to assist him.

Thank you very much.

Sincerely,

 /s/ Thomas H. Nooter
THOMAS H. NOOTER
Prior Attorney for Defendant Gonzalez-Ceron

cc:    Office of the United States Attorney (by ECF)
       United States Probation Office (by email)